IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-60106-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

PAMELLA WATSON,

       Defendant.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is given that BRUCE S. ROGOW and TARA A. CAMPION of BRUCE S. ROGOW P.A., and ORVILLE M. McKENZIE, ESQUIRE, hereby enter their Notice of Appearance as Trial Counsel for PAMELLA WATSON, substituting for MYCKI RATZAN and JUDE FACCIDOMO of RATZAN & FACCIDOMO, retained counsel, who shall be relieved of all further responsibilities in this case. The engagement of Bruce S. Rogow, P.A. and Orville M. McKenzie, Esq., is for trial purposes only.

                        Respectfully submitted,

| | |
|---|---|
| | By: */s/ Bruce S. Rogow* |
| **ORVILLE M. McKENZIE, Esq.** | BRUCE S. ROGOW |
| Fla. Bar No. 155985 | Fla. Bar No. 067999 |
| 20401 NW 2nd Ave., Ste 220 | TARA A. CAMPION |
| Miami, FL 33169-2542 | Fla. Bar No. 90944 |
| Ph:   (305) 653-6959 | **BRUCE S. ROGOW, P.A.** |
| mckenzieorville@hotmail.com | 500 East Broward Blvd., Suite 1930 |
| | Ft. Lauderdale, FL 33394 |
| | Ph:   (954) 767-8909 |
| | Fax:  (954) 764-1530 |
| | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:  /s/ Bruce S. Rogow
BRUCE S. ROGOW

## SERVICE LIST

*Counsel for the Government*

NEIL KARADBIL
**UNITED STATES ATTORNEY'S OFFICE**
FL Bar No.: 219381
500 E. Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394
Ph: (954) 660-5794
Fax: (954) 356-7339
Bocanole73@aol.com

WILFREDO A. FERRER
UNITED STATES ATTORNEY

*Previous counsel for Pamella Watson*

MYCKI RATZAN
FL Bar No.: 915238
JUDE M. FACCIDOMO
FL Bar No.: 12554
**RATZAN & FACCIDOMO, LLC**
1450 Brickell Avenue, Ste 2600
Miami, FL 33131
Ph: (305) 374-5730
Fax: (305) 374-6755
mycki@mratzanlaw.com
jude@rflawgroup.com

By:  /s/ Bruce S. Rogow
BRUCE S. ROGOW