UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:15-60106-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,
v.

PAMELLA WATSON

        Defendant.
_____/

**UNOPPOSSED**
**MOTION FOR CONTINUANCE OF CALENDAR CALL**

    This matter is currently set for calendar call on July 1, 2015, at 8:30 a.m. Undersigned counsel respectfully requests a 60 day continuance for all dates pending from the Order Setting Jury Trial, DE 12. This is the first request for continuance made in this case, and neither the Government nor the Defendant will be prejudiced by this extension. This case is heavily document oriented, and the defense continues to review the documents produced by the Government. Assistant United States Attorney Neil Karadbil has been contacted and does not object to the relief requested.

        Respectfully submitted,

        By: */s/ Bruce S. Rogow*

| | |
|---|---|
| **ORVILLE M. McKENZIE, Esq.** | BRUCE S. ROGOW |
| Fla. Bar No. 155985 | Fla. Bar No. 067999 |
| 20401 NW 2nd Ave., Ste 220 | TARA A. CAMPION |
| Miami, FL 33169-2542 | Fla. Bar No. 90944 |
| Ph:   (305) 653-6959 | **BRUCE S. ROGOW, P.A.** |
| mckenzieorville@hotmail.com | 500 East Broward Blvd., Suite 1930 |
| | Ft. Lauderdale, FL 33394 |
| | Ph:   (954) 767-8909 |
| | Fax:  (954) 764-1530 |
| | brogow@rogowlaw.com |
| | tcampion@rogowlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

NEIL KARADBIL
Fla. Bar No. 219381
**ASSISTANT US ATTORNEY**
500 East Broward Blvd.,
Suite 700
Ft. Lauderdale, FL 33394
Ph:     (954) 660-5794
Fax:    (954) 356-7336
Neil.Karadbil@USDOJ.GOV

                        By:   */s/ Bruce S. Rogow*
                            BRUCE S. ROGOW